IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALIRO ALEMAN, *et al.* | * | |
| | * | |
| PLAINTIFFS, | * | |
| v. | | Civil Action No.: 1:09-CV-01691 (JMF) |
| | * | |
| MONUMENT CONSTRUCTION CORPORATION, *et al.* | * | |
| DEFENDANTS. | * | |
| *   *   *   *   *   *   * | | *Consolidated With* |
| OSCAR PALMA, *et al.*, | * | |
| | * | |
| PLAINTIFFS, | * | |
| v. | | Civil Action No.: 1:10-CV-00635 (JMF) |
| | * | |
| MONUMENT CONSTRUCTION CORPORATION, *et al.* | * | |
| DEFENDANTS. | * | |
| *   *   *   *   *   *   * | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), all Parties to the above-captioned actions, by and through undersigned counsel, hereby stipulate to the dismissal *with* prejudice of all claims against the Defendants. Each party is to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>Philip B. Zipin, Bar No. 367362<br>Gregg C. Greenberg, Bar No. MD17291<br>THE ZIPIN LAW FIRM, LLC<br>8403 Colesville Road, Suite 610<br>Silver Spring, Maryland 20910<br>(301) 587-9373 (Ph)<br>(301) 587-9397 (Fax)<br>Email: pzipin@zipinlaw.com<br>           ggreenberg@zipinlaw.com | *Counsel for Plaintiffs*<br><br>  /s/ Michael P. Freije_____<br>Michael P. Freije (DC Bar #468819)<br>ECCLESTON & WOLF, P.C.<br>10400 Eaton Place, Suite 107<br>Fairfax, VA  22030<br>Telephone:     703.218.5330<br>Facsimile:     703.218.5350<br>Email: freije@ewva.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2011, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael P. Freije, Esquire                                           *freije@ewva.com*

Gregg C. Greenberg, Esquire                                    *ggreenberg@zipinlaw.com*

Philip B. Zipin, Esquire                                              *pzipin@zipinlaw.com*

  /s/_____
Gregg C. Greenberg